# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

139502

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

THOMAS M. FANNING, Personal
Representative of the ESTATE OF JEAN
KIRK FANNING, Deceased,
        Plaintiff-Appellee,

v

WILLIAM BEAUMONT HOSPITAL,
        Defendant-Appellant.

SC: 139502
COA: 290721
Oakland CC: 2008-090281-NH

_____/

      By order of September 23, 2009, the application for leave to appeal the July 7, 2009 order of the Court of Appeals was held in abeyance pending the decision in *Holman v Rasak* (Docket No. 137993). On order of the Court, the case having been decided on July 13, 2010, 486 Mich 429 (2010), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The stay of trial court proceedings, ordered on September 23, 2009, is DISSOLVED.

      HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

Clerk

d0920